AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>26-8071MB | Date and time warrant executed:<br>02/27/2026 1:29 pm | Copy of warrant and inventory left with:<br>At Residence |

| Inventory made in the presence of :<br>N/A |
|---|

| Inventory of the property taken and name of any person(s) seized: |
|---|
| See Attached. |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:      03/02/2026

ALEXANDER SCHILKE  Digitally signed by ALEXANDER SCHILKE
Date: 2026.03.02 15:30:04 -07'00'

*Executing officer's signature*

Alex Schilke, ATF Special Agent

*Printed name and title*

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Receipt for Property and Other Items**

| Page ___ of ___ | Case/Inspection Number | Case/Inspection Title | Office PHX |
|---|---|---|---|

| Taken from: (name, title, address, if appropriate) | Recipient: (name, title, address, if appropriate) |
|---|---|
| 10448 W Devonshire Ave Phoenix AZ 85037 | ATF |

| Location of Transfer or Seizure | Basis for Transfer or Seizure of Items: |
|---|---|
| 10448 W Devonshire Ave Phoenix AZ 85037 | SW |

| Amount or Quantity | Description of Item(s) |
|---|---|
| 1 | Black iPhone - Chrystler 300 Room K |
| 2 | Bag of white crystal - Chrystler 300 Room K |
| 3 | Clothes on SANCHEZ |
| 4 | Bag of white crystal - Room A |
| 5 | Digital Scale - Room A |
| 6 | Firearm - Arrow Precesion X15 Multi |
| '' | SN AR89220 - Room A |
| 7 | 60 Round Magazine w/ Assorted rounds Room F |
| 8 | Black iPhone in Room B |
| 9 | Glock Mag w/ AMMO |
| 10 | Bulk Ammo in Room A |
| 11 | Fetanyl Room F |
| 12 | Two Magazines w/ AMMO Room A |
| 13 | Springfield Armory Hellcat BA698705, Room G |
| 14 | Three Magazines w/ ammo - Room G Room 6 |
| 15 | Sig Saver, P365, Pistol, 66A201272, 9mm |
| 16 | Loaded magazine Room G |

I hereby acknowledge receipt of the above item(s) into my custody.

| Received by: (signature)     7062 | | | Date |
|---|---|---|---|
| Transferred by: (signature, if appropriate) | Date | Witnessed by: (signature) | Date 2/27/26 |

ATF E-Form 3400.23
Revised March 2005